DURANT and others, appellants, and THE METROPOLITAN BANK, respondent.

The decree appealed from in this case was unanimously affirmed, with costs, for the reasons given by the Chancellor in his opinion (7 *C. E. Green* 35), which was adopted as the opinion of this court in the case.